THE HONORABLE THOMAS T. GLOVER

| | |
|---|---|
| James H. MaGee | |
| Law Offices of James H. MaGee | Hearing Date: September 23, 2009 |
| 1108 N 6th St. | Hearing Time: 9:30 a.m. |
| Tacoma, WA 98403 | Location: Marysville, WA |
| (253) 383-1001 | Response Date: September 16, 2009 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 09-17687 |
| COLLEEN FRANKLIN<br>PAUL FRANKLIN | CHAPTER 7 |
| Debtors. | DECLARATION OF RECEIPT OF NO OBJECTION |

The undersigned declares under penalty of perjury as follows:

I, James H. MaGee, attorney for Secured Creditor Litton Loan Servicing have not received by the deadline of September 16, 2009, any response or objection to the Motion for Order Granting Relief from Automatic Stay for realty located at 1701 Puget Drive, Everett, WA 98203 and described as Snohomish County Tax Parcel No. 00393900501201 filed on behalf of Secured Creditor.

DATED this 17th day of September, 2009, by:

/s/ James H. MaGee
James H. MaGee, WSBA# 23434
Local Counsel for Litton Loan Servicing

---

DECLARATION OF RECEIPT OF NO OBJECTION
#09-17687
Page 1 of 1
E:\Clients\BVW\Franklin, Colleen\Noobjection.doc

**LAW OFFICES OF JAMES H. MAGEE**
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813

Case 09-17687-TTG    Doc 29    Filed 09/17/09    Entered 09/17/09 09:16:14    Page 1 of 1