THE HONORABLE THOMAS T. GLOVER

James H. MaGee
Law Offices of James H. MaGee
1108 N 6th St.
Tacoma, WA 98403
(253) 383-1001

Hearing Date: September 23, 2009
Hearing Time: 9:30 a.m.
Location: Marysville, WA
Response Date: September 16, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

COLLEEN FRANKLIN
PAUL FRANKLIN

Debtors.

Case No.: 09-17687

CHAPTER 7

ORDER GRANTING RELIEF FROM STAY

**THIS MATTER** having come on regularly upon the Motion of Movant for Relief from Automatic Stay under 11 U.S.C. Section 362; Movant having moved the Court by and through its attorney James H. MaGee, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that Litton Loan Servicing, LP (Movant) is granted relief from the automatic stay imposed by 11 U.S.C. Section 362, in this matter or any other subsequent chapter to which this case is converted, as to property of the estate and property of the debtors, to allow Movant to foreclose upon and pursue its collateral described herein located at 1701 Puget Drive, Everett, WA 98203 and described as Snohomish County Tax Parcel No. 00393900501201.

ORDER GRANTING RELIEF FROM
AUTOMATIC STAY
09-17687
Page 1 of 2
E:\Clients\BVW\Franklin, Colleen\Order.doc

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813

Case 09-17687-TTG    Doc 30    Filed 09/17/09    Entered 09/17/09 09:17:08    Page 1 of 2

**FURTHER ORDERED ADJUDGED AND DECREED** Movant may commence all steps necessary to ensure that possession is recovered in accordance with applicable Washington state law, and may commence litigation in a Superior Court of the State of Washington, or any court of general jurisdiction in any other state where the collateral is found, in order to obtain possession of the collateral.

**FURTHER ORDERED ADJUDGED AND DECREED** that Movant may execute on this order forthwith and there shall be no stay of ten (10) days following entry of this order pursuant to BR4001(a)(3).

DATED this \_\_\_\_ day of _____, 2009, by:

_____
THE HONORABLE THOMAS T. GLOVER

Presented by:

/s/ James H. MaGee_____
James H. MaGee, WSBA 23434
Attorney for Litton Loan Servicing, LP (Movant)
1108 N 6th St
Tacoma, WA 98403
(253) 383-1001

ORDER GRANTING RELIEF FROM
AUTOMATIC STAY
09-17687
Page 2 of 2
E:\Clients\BVW\Franklin, Colleen\Order.doc

**LAW OFFICES OF JAMES H. MAGEE**
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813

Case 09-17687-TTG    Doc 30    Filed 09/17/09    Entered 09/17/09 09:17:08    Page 2 of 2